Filing # 51013689 E-Filed 01/10/2017 06:52:58 PM



DEFENDANT'S EXHIBIT A

IN THE CIRCUIT COURT OF THE
9TH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA
**CASE NO.:**

BRANDI CAULKINS,

        Plaintiff,

vs.

FAMILY DOLLAR OPERATIONS, INC.,
a Foreign Profit Corporation

        Defendant.
_____/

## COMPLAINT and DEMAND FOR JURY TRIAL

Plaintiff, BRANDI CAULKINS, through undersigned counsel, sues the Defendant, FAMILY DOLLAR OPERATIONS, INC., and alleges:

1. This is an action for damages that exceeds Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and court costs.

2. At all times material hereto and at the time of the incident complained of, Plaintiff, BRANDI CAULKINS, was *sui juris* and was a resident of ORANGE County, Florida.

3. At all times material hereto and at the time of the incident complained of, Defendant was a Foreign Profit Corporation that was licensed to do business in the State of Florida.

4. At all times material hereto, and at the time of the incident complained of, the Defendant, FAMILY DOLLAR OPERATIONS, INC, owned, operated, maintained and controlled a store located at 5700 N Hiawassee Rd, Orlando, FL 32810.

5. On July 8, 2015, Plaintiff, BRANDI CAULKINS, was a business invitee who was lawfully on the Defendant's aforedescribed premises, when Plaintiff slipped and fell on a liquid

substance on the floor. As a result of the incident in question, Plaintiff was seriously and severely injured as more fully set forth herein.

### COUNT I – NEGLIGENCE

Plaintiff, realleges and reavers the allegations contained in paragraphs 1 through 5, as though fully set forth herein and further states:

6. On the aforementioned time, date and place, Defendant, FAMILY DOLLAR OPERATIONS, INC., by and through its agents and employees, owed a duty to the Plaintiff, BRANDI CAULKINS, to maintain and keep the aforedescribed premises in a reasonably safe condition.

7. At the aforedescribed time, place and date, Defendant, FAMILY DOLLAR OPERATIONS, INC., acted negligently and carelessly, and breached its duty of care, in one or more of the following ways:

   a. by improperly and carelessly causing the liquid substance to get on the floor, thereby creating a dangerous and hazardous condition;

   b. by failing to detect or remove the liquid substance on the floor, although it knew, or in the exercise of reasonable care should have known of the existence of said liquid on the floor, and it further represented to its patrons that its premises were safe and suitable when, in fact, it was not because of the hazardous condition as aforesaid;

   c. by failing to provide adequate warnings in writing and/or other reasonable notice of the aforedescribed unsafe, dangerous and hazardous conditions to customers, including but not limited to, the Plaintiff BRANDI CAULKINS, although Defendant knew, or in the exercise of reasonable care, should have known, about the existence of said condition, and it further represented to its patrons that its premises was safe and suitable when, in fact, it was not because of the hazardous condition, as aforedescribed; and

   d. by failure to properly maintain and inspect its floors and premises.

   e. by failure to utilize the proper flooring surface.

8. Liquid substances got onto the floor of Defendant's store on a continuous and ongoing basis in the aforedescribed store, thereby placing Defendant on constructive notice of a dangerous and hazardous condition.

9. As a direct and proximate cause of the Defendant's, negligence and carelessness, the Plaintiff, BRANDI CAULKINS, suffered serious and permanent bodily injuries and damages, resulting pain therefrom, pain and suffering, exacerbation of a pre-existing injury, mental anguish, past and future medical expenses, loss of capacity for the enjoyment of life, loss of future earning capacity, and disfigurement. These injuries are either permanent or continuing in nature and the Plaintiff will suffer these losses in the future.

WHEREFORE, the Plaintiff, BRANDI CAULKINS, demands judgment against the Defendant, FAMILY DOLLAR OPERATIONS, INC., in an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs, which are prayed for in addition thereto. The Plaintiff further demands a trial by jury of all issues so triable by right.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable by right.

RESPECTFULLY submitted this 10th day of January, 2017.

                        **KANNER & PINTALUGA, P.A.**
                        Attorneys for Plaintiff
                        925 S. Federal Highway, Sixth Floor
                        Boca Raton, FL 33432
                        Phone (561) 424-0032/ Fax (561) 853-2188

By:    /s/*Caroline H. Zapiec*
        **CAROLINE H. ZAPIEC, ESQ.**
        FBN: 113928
        Pleadings5@KPAttorney.com (service email)