UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRANDI CAULKINS,

        Plaintiff,

v.                                                        Case No: 6:17-cv-660-Orl-18KRS

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

        Defendant.

_____

## ORDER

The Court has been advised by the parties in the above-styled action that this case has been settled. Accordingly, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that this cause is **DISMISSED** subject to the right of any party to re-open the action within sixty (60) days upon good cause shown, or to submit a stipulated form of final order or judgment.

**DONE AND ORDERED** at Orlando, Florida, this ___16___ day of May, 2018.

                                                                G. KENDALL SHARP
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record